UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH JOHN HOLM, JR.,

    Defendant.
_____/

Case No. 2:15-mj-29

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 18, 2015, for a detention hearing and preliminary hearing. At that time, the court was informed that the defendant was waiving his right to a preliminary hearing and wished to reserve his right to request a detention hearing at a later date. Therefore, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Date: December 21, 2015

   /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge